APPEAL No. 74-316. WILBURN E. TURNER *et al. v.* DOMESTIC INVESTMENT & LOAN CORP. Defendant is hereby ordered to appear before Supreme Court on Monday, December 1, 1975, at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Thomas E. Wright,* for plaintiffs. *Cohen & Chaika, Elliot S. Cohen,* for defendant.

APPEAL No. 74-318. JOSEPH P. SOARES *et al. v.* FORREST B. WRIGHT *et al.* Plaintiffs are hereby ordered to appear before Supreme Court on Monday, December 1, 1975, at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Edward M. Botelle, Z. Hershel Smith,* for plaintiffs. *John J. Adamo,* for defendants.

APPEAL No. 75-7. STATE *v.* RICHARD F. DEFREITAS. Defendant is hereby ordered to appear before Supreme Court on Monday, December 1, 1975, at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Peter DiBiase,* Asst. Public Defender, for defendant.

APPEAL No. 75-145. HUB MANUFACTURING Co., INC. *v.* WEATHERKING PRODUCTS, INC. Defendant is hereby ordered to appear before Supreme Court on Monday, December 1, 1975, at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Gladstone & Zarlenga, B. Lucius Zarlenga,* for plaintiff. *Edward J. Regan,* for defendant.